UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    CRIMINAL NO. 07-20577

v.                                HONORABLE AVERN COHN

D-1, BENIQUEZ TAYLOR,

    Defendant.
_____/

## ORDER REVOKING BOND

On February 29, 2008 the Court held a bond review hearing in this matter. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the bond is REVOKED.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal forthwith.

**SO ORDERED**.


Dated: February 29, 2008        s/ Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE